# Court of Appeals
# of the State of Georgia

ATLANTA,  January 27, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0029. BRAY v. BRAY.**

Wanda Bray has filed an emergency motion pursuant to Court of Appeals Rule 40 (b) to stay the trial in this action scheduled for January 30, 2023, in Fulton Superior Court. After consideration, the emergency motion is hereby **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/27/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*